No. 91–6529.  HILL *v.* PENNSYLVANIA ET AL.  C. A. 3d Cir. Certiorari denied.

No. 91–6531.  THORNTON *v.* OGDEN ALLIED AVIATION FUELING CO., INC.  C. A. 8th Cir.  Certiorari denied.

No. 91–6536.  KALTENBACH *v.* LOUISIANA.  C. A. 5th Cir.  Certiorari denied.

No. 91–6540.  SHIELDS *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 91–6556.  TWO BULLS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 91–6559.  ROBINSON *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 91–6564.  DEVINE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–6566.  MARTINEZ *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 91–6569.  FONT RAMIREZ *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 91–6572.  LOWRY *v.* W. R. GRACE & CO. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–6579.  DEERE *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 91–6582.  CAPEHART *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 91–656.  MICHIGAN *v.* BANKS.  Sup. Ct. Mich.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 91–5997.  EPPERSON *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 91–6322.  BELTRAN-FELIX *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.